## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| AMCOR FLEXIBLES SINGEN GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 15-00243 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.    The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the Summons.

2.    The stipulable imported merchandise covered by the entries set forth on Schedule A consists of flexible packaging materials.

3.    This imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as plastic film under *Harmonized Tariff Schedule of the United States* ("HTSUS") subheading 3921.90.40 at the rate of 4.2% *ad valorem* or as backed aluminum foil under HTSUS subheading 7607.20.1000 at the rate of 3.7% *ad valorem*.

4.    The stipulable imported merchandise identified in Schedule A is classifiable as backed aluminum foil under HTSUS subheading 7607.20.50 at the rate of *Free* (0.0%).

5.    The imported merchandise, covered by the entries set forth on that attached

*Stipulated Judgment, Court No. 15-00243*                              *Page 2*

Schedule A, is stipulable in accordance with this agreement.

      6.      Any refunds payable by reason of this judgment are to be paid with interest provided for by law.

      7.      All other claims and non-stipulable entries are abandoned.

      8.      Each party agrees to bear its own attorney fees, related litigation expenses, and costs.

*Stipulated Judgment, Court No. 15-00243*                                    *Page 3*

Respectfully submitted,

By:     Wm. Randolph Rucker
        Faegre Drinker Biddle & Reath LLP
        Attorneys for Plaintiff
        320 South Canal Street, Suite 3300
        Chicago, IL 60606
        Phone: (312) 569-1157

        BRETT A. SHUMATE
        Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

By:     _____ 3/24/2026

        JUSTIN R. MILLER
        Attorney in Charge
        International Trade Field Office

        EDWARD F. KENNY
        Senior Trial Counsel
        U.S. Dept. of Justice, Civil Division,
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        Tel No: (202) 305-5216
        edward.kenny@usdoj.gov
        Attorneys for Defendant

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____          _____
      New York, New York                           Judge

SCHEDULE OF MATERIALS: COURT NO. 15-00243

## SCHEDULE A
## TO STIPULATED JUDGMENT FOR COURT NO. 15-00243

The following stipulated Material Nos. are to be reliquidated under HTSUS subheading 7607.20.50 at a duty rate of *Free (0.0%)*.

## PORT OF ENTRY: CHICAGO

| Protest No. | Entry No. | Material No. | Product Description |
|---|---|---|---|
| 3901-10-100785 | U5241003362 | 3221128 | 45-micron Al-foil, soft temper, plain, dull side lacquer laminated to a 20-micron OPP-film, OPP-film 1-colour black UV-Flexo printed and colorless over lacquered, bright side extrusion coated with 20 g/m2 LDPE |
| | U5241003511 | 3166597 | 45-micron Al-foil, soft temper, plain, dull side lacquer laminated to a 20-micron OPP-film, OPP-film 1-colour black UV-Flexo printed and colorless over lacquered, bright side extrusion coated with 20 g/m2 LDPE |
| 3901-10-100664 | 30032270967 | 3273863 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| 3901-12-100723 | U5241012454 | 3327526 | 20-micron aluminum foil, soft temper, plain, bright side lacquer laminated to a 12-micron PET film, PET film 4-colours gravure printed black, blue, dark red and white, subsequently over lacquered, dull side extrusion coated with 30g/sqm LDPE |
| 3901-10-101021 | U5241003727 | 3268343 | 45-micron Al-foil, soft temper, plain, dull side lacquer laminated to a 20-micron OPP-film, OPP-film 1-colour black UV-Flexo printed and colorless over lacquered, bright side extrusion coated with 20 g/m2 LDPE |